IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BLUE RIDGE FINANCIAL, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CSR WORLDWIDE OK, INC.,<br>TROY D. BURGESS, and<br>STEVEN F. BOMBOLA,<br><br>    Defendants. | Case No. CIV-23-078-RAW-GLJ |

**ORDER**

    Plaintiff brought this action against CSR Worldwide for breach of an equipment finance agreement and against Troy Burgess and Steven Bombola as guarantors on the agreement. Now before the court are the motion for summary judgment filed by the Plaintiff [Docket No. 36] and Magistrate Judge Jackson's Report and Recommendation, recommending that the motion be granted [Docket No. 44]. No objection to the Report and Recommendation has been filed.[1] Despite requesting and being granted three extensions of time, Defendants never responded to Plaintiff's summary judgment motion.[2]

    After a *de novo* review, the court determines that the Report and Recommendation is well-supported by the evidence and the prevailing legal authority. As the Magistrate Judge found, summary judgment is appropriate in this case under Fed. R. Civ. P. 56. The Report and Recommendation [Docket No. 44] is hereby affirmed and adopted as this court's Findings and

---

[1] The Report and Recommendation was mailed to the Defendants' last known addresses provided by counsel on June 28, 2024.
[2] The final extension was entered on December 5, 2023, allowing counsel to withdraw, and affording Defendants thirty days to retain substitute counsel or enter an appearance *pro se*.

Order.  Plaintiff's motion for summary judgment [Docket No. 36] is hereby granted.  Judgment for Plaintiff against Defendants is entered as follows: $296,033.40 in principal; $6,462.30 in costs; accrued interest at 18 percent; and attorneys' fees to be determined by separate motion by Plaintiff.

    **IT IS SO ORDERED** this 17th day of July, 2024.

                                                     **THE HONORABLE RONALD A. WHITE**
                                                   **UNITED STATES DISTRICT JUDGE**
                                                   **EASTERN DISTRICT OF OKLAHOMA**